United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN CRABTREE, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:25-CV-737 |
| § | |
| CERTARUS (USA) LTD., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On May 29, 2025, this case was referred to United States Magistrate Judge Yvonne Y. Ho for all pretrial purposes. (Dkt. 41). Judge Ho filed a Memorandum and Recommendation on September 24, 2025, recommending that Defendant Superior Plus Corp.'s ("Superior") motion to dismiss for lack of personal jurisdiction (Dkt. 33) be **GRANTED**. (Dkt. 50). On October 3, 2025, Plaintiff filed his objections. (Dkt. 51). Superior responded to Plaintiff's objections on October 17, 2025. (Dkt. 52). After Plaintiff tried multiple times to file improper reply briefs, Judge Ho denied Plaintiff's request for leave to file a reply brief. (Dkt. 62).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R.

2

CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; Superior's response to Plaintiff's objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Ho's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 50) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's claims against Superior are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

It is so **ORDERED**.

SIGNED and ENTERED this 20th day of February 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE