United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN CRABTREE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-737 |
| | § | |
| CERTARUS (USA) LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 29, 2025, this case was referred to United States Magistrate Judge Yvonne Y. Ho for all pretrial purposes. (Dkt. 41). Judge Ho filed a Memorandum and Recommendation on August 6, 2026, recommending that Defendant Certarus (USA) Ltd.'s ("Certarus") motion for summary judgment be granted in part and denied in part. (Dkt. 104). On August 20, 2026, Plaintiff filed his objections. (Dkt. 108). Plaintiff also filed a motion for leave to file supplemental evidence in support of his objections (Dkt. 105), which is **GRANTED**. Certarus responded to Plaintiff's objections on September 3, 2026. (Dkt. 113).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R.

CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; Certarus's response to Plaintiff's objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Ho's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 104) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Certarus's motion for summary judgment (Dkt. 86) is **GRANTED IN PART AND DENIED IN PART**; and

(3) Plaintiff's ADA claims and ERISA health insurance claim are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on October 6, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE